# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | EG Life Sciences LLC | 12/16/2022 | 266391 | Check | $ 9,200.00 |
| Akorn Operating Company, LLC | EG Life Sciences LLC | 12/16/2022 | 266550 | Check | $ 13,915.00 |
| Akorn Operating Company, LLC | EG Life Sciences LLC | 2/8/2023 | 267173 | Check | $ 30,532.50 |
| | | | | | $ 53,647.50 |